IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DICENTRAL CORPORATION, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION 4:16-CV-02727 |
| | § | |
| | § | |
| CABORCA LEATHER, LLC, | § | |
| Defendant. | § | |

ORDER

On this day came to be heard Plaintiff's Emergency Unopposed Motion To Extend the Docket Date to February 19, 2018 Regarding Plaintiff's Motion to Reinstate Case. After considering the pleadings, the motion and the arguments of counsel, the Court is of the opinion that the motion is well founded and that there is good cause to grant the motion. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Docket Date is hereby extended to February 19, 2018.

Signed this _____ day of _____, 2018.

_____
Judge Presiding